The BOARD OF COUNTY COMMISSION-ERS OF DOUGLAS COUNTY, KANSAS, v. J. Z. MILLER and O. Q. Claflin, Trustees, etc.

No. 1941.

Circuit Court of Appeals, Tenth Circuit.
Jan. 18, 1940.

M. F. Cosgrove, of Topeka, Kan., for appellant.

W. C. Michaels, of Kansas City, Mo., for appellees.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Considered by the court that the order appealed from was not a final order and such order not reviewable on appeal.

CHICAGO MILL & LUMBER COMPANY, a Corporation, and Walter O. Brown, Appellants, v. GRAND RAPIDS SAMPLE CASE COMPANY, a Corporation, Appellee.

No. 7943.

Circuit Court of Appeals, Sixth Circuit.
Nov. 16, 1939.

Charles W. Hills, of Chicago, Ill., for appellants.

Earl & Chappell, of Kalamazoo, Mich., for appellee.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, and upon consideration thereof,

It is ordered adjudged and decreed that the decree of dismissal herein appealed from be and the same is affirmed upon the grounds and for the reasons stated in the opinion of the District Court, 30 F.Supp. 510, filed June 30, 1937.

Emmet H. BOZEL v. UNITED STATES of America.

No. 8519.

Circuit Court of Appeals, Sixth Circuit.
Jan. 18, 1940.

Patrick H. Cassidy, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is docketed and dismissed, pursuant to motion of appellee.

Margaretta C. CLARK, Executrix of the Last Will and Testament and Codicil Thereto of J. William Clark, Deceased, Plaintiff-Appellant, v. UNITED STATES of America, Defendant-Appellee.

No. 7197.

Circuit Court of Appeals, Third Circuit.
Dec. 7, 1939.

Lindabury, Depue & Faulks, of Newark, N. J. (Ferdinand Tannenbaum, of New York City, and James E. T. Tams, of Newark, N. J., of counsel), for plaintiff-appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Norman D. Keller, and Lester L. Gibson, Sp. Assts. to Atty. Gen., John J. Quinn, U. S. Atty., and Thorn Lord, Asst. U. S. Atty., both of Trenton, N. J., and Howard D. Pack, Sp. Asst. to Atty. Gen., for the United States.

Before BIGGS, MARIS, and BIDDLE, Circuit Judges.

PER CURIAM.

The judgment of the district court is affirmed upon the opinion of Judge Forman, D.C., 30 F.Supp. 599.